IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON BREEZE, JR. ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:22-cv-00810-RC |
| ) | |
| v. ) | |
| ) | |
| 801 RESTAURANT LLC, *et al*. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT 801 RESTAURANT LLC'S CONSENT MOTION FOR EXTENSION of TIME TO FILE ANSWER OR RESPONSIVE PLEADING AND NOTICE OF ENTRY OF APPEARANCE**

Defendant, 801 Restaurant LLC d/b/a 801 Restaurant & Bar ("Defendant"), by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure 6(b), and with the consent of Plaintiff's counsel, hereby requests an extension of time to file a responsive pleading, and in support of such request, respectfully states as follows:

1. The Complaint in the instant case was filed on March 24, 2022.

2. Defendant was served on March 29, 2022.

3. Defendant recently retained undersigned counsel in this matter.

4. Undersigned counsel and Plaintiff, through counsel, have agreed to an extension of time of sixty (60) days for Defendant to file a responsive pleading.

5. Defendant proposes to be given until June 20, 2022 to file a responsive pleading, with Plaintiff's consent.

6. Plaintiff will not be prejudiced, as counsel for Plaintiff has consented to the relief requested herein, and the extension will allow the parties an opportunity to explore settlement in this matter.

1

7. Please enter the appearance of Scott H. Rome. Christopher L. LaFon, and Anna R. Margolis of the Veritas Law Firm on behalf of Defendant in the above-captioned matter.

8. A proposed order has been tendered along with the instant motion for this Court's convenience.

WHEREFORE, Defendant prays that it be granted an extension of time to file a responsive pleading on or before June 20, 2022, and for such other and further relief as this Court deems necessary.

Date: April 20, 2022

Respectfully Submitted,

THE VERITAS LAW FIRM

/s/ Scott H. Rome_____
Scott H. Rome [476677]
Christopher L. LaFon [483740]
Anna R. Margolis [1043917]
1225 Nineteenth Street, NW, Suite 320
Washington, DC 20036
Phone:  (202) 686-7600
Fax:    (202) 293-3130
srome@theveritaslawfirm.com
*Counsel for Defendant Rito Loco, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served on the 21st day of April, 2022 via the Court's ECF system.

Erik M. Bashian
Bashian & Papantoniou, PC
500 Old Country Road, Ste. 302
Garden City, NY 11530
eb@bashpaplaw.com
*Counsel for Plaintiff*

    /s/ Scott H. Rome
Scott H. Rome