## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------X

BYRON BREEZE, JR.,

       Plaintiff,

v.                                          Civil Action No. 1:22-cv-810-RC

801 RESTAURANT LLC,
d/b/a 801 Restaurant & Bar,

LEON SCALES,

and

ARNETTA SCALES,

       Defendants.

-------------------------------------------------X


## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BYRON BREEZE, JR. by and through undersigned counsel, hereby files this Stipulation of Dismissal with Prejudice as to Defendants 801 RESTAURANT LLC, d/b/a 801 Restaurant & Bar,  Leon Scales and Arnetta Scales, and through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and

costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  September 8, 2022

**BASHIAN & PAPANTONIOU, P.C.**

By: /s/ Erik M. Bashian, Esq.
Erik M. Bashian, Esq.
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel. 516. 279.1554
eb@bashpaplaw.com
*Attorneys for Plaintiff*

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By: /s/ Christina M. Heischmidt, Esq.
Christina M. Heischmidt, Esq.
8444 Westpark Drive – Suite 510
McLean, VA 22102-5102
Tel. 703.245.9300
christina.heischmidt@wilsonelser.com
*Attorneys for Defendant*
*801 Restaurant LLC*

**THE VERITAS LAW FIRM**

By: /s/ Scott H. Rome, Esq.
Scott H. Rome, Esq.
1225 19th Street, NW, Suite 320
Washington, DC 20036
Email: srome@theveritaslawfirm.com
*Attorneys for Defendants Scales*